**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

LEANDRO DAVID ALVAREZ-ALMAGUER,

Petitioner,

v.

CHRISTOPHER J. LAROSE, in his official capacity as Warden of Otay Mesa Detention Center, et al.,

Respondents.

Case No.: 3:26-cv-02950-RBM-SBC

**ORDER GRANTING AMENDED PETITION**

**[Doc. 9]**

The Court previously denied Petitioner Leandro David Alvarez-Almaguer's ("Petitioner") original petition for a writ of habeas corpus, finding that Petitioner's detention was "still within th[e] 90-day mandatory [removal] period" of 8 U.S.C. § 1231(a). (Doc. 6 at 3.) Respondents timely filed a status report on August 14, 2026, informing the Court that Petitioner had not been removed from the United States. (Doc. 8.) Petitioner then filed the instant Amended Petition for Writ of Habeas Corpus ("Amended Petition") pursuant to 28 U.S.C. § 2241. (Doc. 9.) The Court set a briefing schedule on the Amended Petition. (Doc. 10.) In their response, Respondents indicated that they were "unable to ascertain sufficient facts at this time to establish that there is a significant likelihood of removal in the reasonably foreseeable future." (Doc. 12 at 1 (citing *Zadvydas v. Davis*, 533 U.S. 678 (2001) and Doc. 12-1 at 1–2 [Decl. of Antonio Estrada]).) Accordingly, Respondents concede that "Petitioner is entitled to be released from custody subject to conditions of supervision." (Doc. 12 at 1.)

In light of Respondents' non-opposition, the Amended Petition (Doc. 9) is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner from custody, subject to "appropriate conditions" of supervision to be determined by immigration authorities and in accordance with applicable statutory and regulatory procedures. *See Zadvydas*, 533 U.S. at 700; *Vlasov v. Bondi*, Case No.: 25-cv-1342-AJB-MSB, 2025 WL 2258582, at *3 (S.D. Cal. Aug. 7, 2025).

**IT IS SO ORDERED.**

DATE: October 14, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE